*Hayden, Petitioner, v. Boeing Co., Respondent*, No. 93191-7. Petition for review of a decision of the Court of Appeals, No. 73344-3-I, April 25, 2016, 193 Wn. App. 1035. *Denied* September 28, 2016.

*State, Respondent, v. Kayser, Petitioner*, No. 93193-3. Petition for review of a decision of the Court of Appeals, No. 72407-0-I, April 25, 2016, 193 Wn. App. 1033. *Denied* September 28, 2016.

*Lewington et al., Petitioners, v. Parsons et al., Respondents*, No. 93194-1. Petition for review of a decision of the Court of Appeals, No. 47022-5-II, May 3, 2016, 193 Wn. App. 1044. *Denied* September 28, 2016.

*In re Det. of Brogi*, No. 93195-0. Petition for review of a decision of the Court of Appeals, No. 72290-5-I, March 21, 2016, 193 Wn. App. 1003. *Denied* September 28, 2016.

*Critchlow, Petitioner, v. Dex Media W., Inc., Respondent*, No. 93196-8. Petition for review of a decision of the Court of Appeals, No. 33038-9-III, February 18, 2016, 192 Wn. App. 710. *Denied* September 28, 2016.

*Baker et al., Petitioners, v. PennyMac Loan Servs. et al., Respondents*, No. 93206-9. Petition for review of a decision of the Court of Appeals, No. 47395-0-II, May 10, 2016, 193 Wn. App. 1051. *Denied* September 28, 2016.

*US Bank Nat'l Ass'n, Respondent, v. La Mothe et al., Petitioners*, No. 93211-5. Petition for review of a decision of the Court of Appeals, No. 72526-2-I, March 7, 2016, 192 Wn. App. 1059. *Denied* September 28, 2016.

*Raun, Petitioner, v. Caudill et al., Respondents*, No. 93212-3. Petition for review of a decision of the Court of Appeals, Nos. 32366-8-III and 33025-7-III, April 19, 2016, 193 Wn. App. 1029. *Denied* September 28, 2016.